THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN
FANNING, Appellant.

Submitted November 28, 1949; decided December 29, 1949.

*John Fanning,* appellant in person.

*Frank S. Hogan,* District Attorney *(Edgar J. Nathan, 3d,* and *Whitman Knapp* of counsel), for respondent.

*Per Curiam.* The defendant's petition does not sufficiently allege a case of fraudulent use of perjured testimony by the prosecuting attorney to warrant relief by a *coram nobis* proceeding. The order should be affirmed.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ., concur.

Order affirmed. [See 300 N. Y. 677.]